**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

KENNETH N. MILLER,

          Petitioner

          v.

STATE EMPLOYEES RETIREMENT
SYSTEM,

          Respondent

:  No. 412 MAL 2016
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Commonwealth Court
:
:
:
:
:
:
:
:

**<u>ORDER</u>**

**PER CURIAM**

      **AND NOW**, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.